UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Philip Fote

    v.                                      Case No. 26-cv-13-LM-TSM

NH, State of


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 17, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The case is dismissed without prejudice for failure to prosecute. The motion to proceed in forma pauperis (doc. 2) is denied as moot. The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: June 24, 2026


cc: Philip Fote, pro se
    Jonathan Fote (courtesy copy)